# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Rancho Azusa Homeowners Association, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 15-8156-DDP(PJWx) |
| Ellie Pulliam, Does to 5, | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____    _____
Date                      United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ Legally and/or factually patently frivolous
- ☐ Other: _____
- ☒ District Court lacks jurisdiction
- ☐ Immunity as to _____

Comments:
Unlawful detainer action. No federal jurisdiction.

October 23, 2015                              /s/ Patrick J. Walsh
_____                        _____
Date                                          United States Magistrate Judge

---

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby:   ☐ DISMISSED.   ☒ REMANDED.

10/26/15                                      /s/ Dean D. Pregerson
_____                        _____
Date                                          United States District Judge

CV-73 (01/15)                ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*